UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| RICHARD SHARP, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos. | 3:12-CR-11-RLJ-HBG-1 |
| | ) | | 3:16-CV-335-RLJ |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** and **ADJUDGED** that Richard Sharp's § 2255 petition [Doc. 36] is **GRANTED**. As such, the sentence dated February 12, 2013 [Doc. 33] is **VACATED** and it is hereby **ORDERED** that a resentencing hearing is **SCHEDULED** for **Monday, October 3, 2016, at 2:00 p.m**. in Knoxville, Tennessee. The Court finds that Mr. Sharp is indigent [*See generally* Docs. 5, 6], and **APPOINTS** Karmen Waters to represent him in this matter.

The defendant is currently maintained by the Bureau of Prisons at USP Terre Haute. The Bureau of Prisons is **ORDERED** to release the defendant to the custody of the United States Marshals Service, to be produced for the resentencing hearing.

The United States Probation Office will provide the Court with information necessary for sentencing. Sentencing memoranda, if any, must be filed no later than September 19, 2016.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge